**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DEMETRIUS CURTIS,
ADC #120225                                                                                                    PLAINTIFF

V.                                          2:09-cv-00097-JLH-JJV

RONNIE WHITE, Sheriff, Phillips County;
and PHILLIPS COUNTY JAIL,                                                                        DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Chief Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any

documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff, who was a pretrial detainee at the Phillips County Jail, filed a *pro se* complaint (Doc. No. 1) against officials of the jail alleging various constitutional violations. Plaintiff was granted *in forma pauperis* status (Doc. No. 13) but has now been released from confinement (Doc. No. 18). Following service of the complaint against them, Defendant Phillips County Jail filed a motion to dismiss (Doc. No. 28) which is now pending before the Court. In light of Plaintiff's status as a *pro se* litigant, the Court granted Plaintiff thirty days in which to file his response to the dispositive motion, and further instructed Plaintiff to submit an updated *in forma pauperis* application reflecting his current financial status (Doc. No. 31). That order was entered on February 16, 2010 and mailed to Plaintiff at the address provided to the Court by Plaintiff. It has not been returned as undeliverable. However, Plaintiff has not responded to the order and has not submitted any opposition to the motion to dismiss or an updated *in forma pauperis* application.

Under these circumstances, the Court concludes that Plaintiff has failed to comply with Local Rule 5.5(c)(2) and his complaint should be dismissed. *See also* Fed. R. Civ. P. 41(b) (district court may dismiss case for failure to prosecute or comply with court orders); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (district court has power to dismiss *sua sponte* under Rule 41(b)); *Brown*

*v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (quoting *Haley v. Kansas City Star*, 761 F.2d 489, 491 (8th Cir. 1985)) (a district court has the power to dismiss an action for the plaintiff's failure to comply with *any* court order; such a dismissal may be with prejudice if there has been "'a clear record of delay or contumacious conduct by the plaintiff'") (emphasis added); *Garrison v. Int'l Paper Co.*, 714 F.2d 757, 759 (8th Cir. 1983) (it is well settled that the district court has inherent power, acting on its own initiative, to dismiss a cause of action with prejudice for want of prosecution).

IT IS THEREFORE RECOMMENDED that Plaintiff's complaint (Doc. No. 1) be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and all pending motions be DENIED as moot.

DATED this 25th day of March, 2010.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE