## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

| | |
|---|---|
| DEMETRIUS CURTIS, <br> ADC #120225 | PLAINTIFF |
| v.          No. 2:09CV00097 JLH-JJV | |
| RONNIE WHITE, Sheriff, Phillips County; <br> and PHILLIPS COUNTY JAIL | DEFENDANTS |

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and any pending Motions are DENIED AS MOOT.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 13th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE