**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DEMETRIUS CURTIS,                                                                                           PLAINTIFF
ADC #120225

v.                                         No. 2:09CV00097 JLH-JJV

RONNIE WHITE, Sheriff, Phillips County;
and PHILLIPS COUNTY JAIL                                                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 13th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE