IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEMETRIUS CURTIS                                                                                    PLAINTIFF

v.                                    Case No. 2:09CV00097 JLH-JJV

RONNIE WHITE, Sheriff,
Phillips County; *et. al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the objections of the plaintiff filed on January 18, 2011, and the objections filed by the defendants on December 27, 2010. After carefully considering the objections and making a *de novo* review of the record (which has included listening to the recording of the evidentiary hearing conducted on December 1, 2010, and reviewing the exhibits introduced at that hearing), the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendant Robert Blake is listed simply as "Blair, Assistant Administrator, Phillips County Jail." The Clerk of the Court is directed to correct the style of the case to reflect that "Robert Blake, Assistant Administrator, Phillips County Jail" is the proper defendant.

2.      Defendants' summary judgment motion (Doc. No. 60) is DENIED.

3.      Defendants violated plaintiff's constitutional rights. Judgment is entered for plaintiff and defendants are liable to plaintiff for damages of $1,000.

SO ORDERED this 21st day of January, 2011.

                                                                                                            */s/ J. Leon Holmes*
                                                                                                             J. LEON HOLMES
                                                                                                             UNITED STATES DISTRICT JUDGE