**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DEMETRIUS CURTIS                                                                                    PLAINTIFF

v.                                        Case No. 2:09CV00097 JLH-JJV

RONNIE WHITE, Sheriff,
Phillips County; *et. al*.                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment in the amount of $1,000 is entered for plaintiff, Demetrius Curtis.

DATED this 21st day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE